Filed:  July 26, 2000

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 00-1206
(CA-98-3091-WMN)

Brian P. Nichols,

Plaintiff - Appellant,

versus

Comast Cablevision of Maryland,

Defendant - Appellee.

O R D E R

The court amends its opinion filed June 21, 2000, as follows:

On the cover sheet, section 3, line 2 -- the lower court judge is corrected to read "Beth P. Gesner, Magisrate Judge."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-1206

_____

BRIAN P. NICHOLS,

Plaintiff - Appellant,

versus

COMCAST CABLEVISION OF MARYLAND,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Beth P. Gesner, Magistrate Judge.  (CA-98-
3091-WMN)

_____

Submitted:  June 15, 2000                Decided:  June 21, 2000

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian P. Nichols, Appellant Pro Se.  Ned Sanford Kodeck, Ari Jason
Kodeck, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian P. Nichols appeals the district court's order granting summary judgment to the Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nichols v. Comcast Cablevision, No. CA-98-3091-WMN (D. Md. Jan. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3